# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA ELIZABETH RANIERI, | Case No.: 2:25-cv-00524-APG-DJA |
| Plaintiff | **Order** |
| v. | |
| NEVADA RESTAURANT SERVICES, INC., et al., | |
| Defendants | |

Defendants Nevada Restaurant Services, Inc. (Dotty's) and St. Rose Plaza, LLC removed this case from state court based on federal question jurisdiction under 28 U.S.C. § 1331. ECF No. 1. I ordered the defendants to show cause why this action should not be remanded to state court because it did not appear that plaintiff Sandra Ranieri's second amended complaint (SAC) arises under federal law. ECF No. 4. The defendants respond that Ranieri's wrongful discharge claim has as an element a disputed question about whether Dotty's had a discriminatory policy that is unlawful under federal law. ECF No. 12.

It is not apparent from the SAC that this is a correct interpretation of Ranieri's allegations. The SAC states that Dotty's had a discriminatory policy, but it does not tie that policy to the reason Ranieri was fired. Indeed, the defendants state in their response that as "best [they] can discern" Ranieri is alleging she was fired either for refusing to follow the policy or for complaining about it. *Id.* at 3. I therefore order Ranieri to respond and (1) clarify what significance the allegedly discriminatory policy has to her state law claims and (2) state her position on whether that implicates federal question subject matter jurisdiction.

/ / / /

I THEREFORE ORDER that by April 25, 2025, plaintiff Sandra Ranieri shall file a response to this order addressing the above concerns, the order to show cause (ECF No. 4) and the defendants' response (ECF No. 12).

DATED this 10th day of April, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE